[Crim. No. 1938.  Second Appellate District, Division One.—March 8, 1930.]

In the Matter of the Application of ALEXANDER PANTAGES, for a Writ of Habeas Corpus.

Le Compte Davis, Jerry Giesler, W. I. Gilbert and Earle M. Daniels for Petitioner.

U. S. Webb, Attorney-General, Frank Richards, Deputy Attorney-General, Buron Fitts, District Attorney, and R. P. Stewart, Deputy District Attorney, for Respondent.

THE COURT. — In accordance with stipulation filed herein this matter has been submitted upon the same papers constituting the evidence and upon the same argument made on the motion for admission to bail in *People* v. *Pantages,* Crim. No. 1922 (*ante,* p. 396 [286 Pac. 467]), wherein the decision of this court has been this day filed. ▆ Upon the authority of that decision the application for admission to bail is denied and the petitioner remanded to custody.